**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| North Prairie Rural Water District, and | ) | |
| North Central Rural Water Consortium, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| City of Minot, | ) | |
| | ) | Case No. 4:09-cv-012 |
| Defendant. | ) | |

Before the court is the Plaintiffs' motion for attorney Dennis M. O'Toole to appear *pro hac vice* on their behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), Mr. O'Toole has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the Plaintiffs' motion (Docket No. 4) is **GRANTED**. Attorney Dennis M. O'Toole is admitted to practice before this court in the above-entitled action on behalf of the Plaintiffs.

**IT IS SO ORDERED.**

Dated this 10th day of April, 2009.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge